# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMARCUS JAMES

NO. 2021 KW 1119

**DECEMBER 6, 2021**

---

In Re:     Demarcus James, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 03-14-0951.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include a copy of the indictment, the commitment order, the commissioner's recommendation, the state's answer, if any, all pertinent transcripts and/or minute entries, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, the application must be filed on or before February 1, 2022.  Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT